**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Allen Amarkarian, Esq. (SBN 319117)
aamarkarian@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorneys for Plaintiffs, **AURORA D. LIMA VELASQUEZ DE GIRON AND JAIRON OTONIEL GIRON DARDON**

**WILSON TURNER KOSMO LLP**
ROBERT A. SHIELDS (206042)
ALEXI R. SILVERMAN (325660)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rshields@wilsonturnerkosmo.com
E-mail: asilverman@wilsonturnerkosmo.com
E-mail: warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant, **NISSAN NORTH AMERICA, INC.**

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF EASTERN

| | |
|---|---|
| AURORA D. LIMA VELASQUEZ DE GIRON, an individual, and JAIRON OTONIEL GIRON DARDON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02027-MCE-CKD<br><br>*Assigned to the Hon. District Judge Morrison C. England, Jr. in Courtroom 7*<br><br>*Magistrate Judge Carolyn K. Delaney in Courtroom 24*<br><br>**ORDER REGARDING JOINT STIPULATION AND ORDER OF DISMISSAL**<br><br>Complaint Filed: November 9, 2022<br>Trial Date: Vacated |

- 1 -
**ORDER**

# **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Joint Stipulation for Dismissal is approved. The entire above-captioned action be dismissed with prejudice in accordance with the terms and conditions of the written Settlement Agreement entered into between the Parties.

Upon the Order of the Court and upon such terms and conditions as the Court deems proper, the District Court retains jurisdiction to enforce and require compliance with the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: November 14, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE